IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ALY GUTIERREZ,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00012-TES-CHW-5** |

**ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Aly Gutierrez's Motion for Continuance [Doc. 86]. On April 12, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine,[1] Possession with Intent to Distribute Methamphetamine,[2] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[3] [Doc. 1]. Defendant entered a plea of not guilty on September 24, 2024. [Doc. 78].

Defendant seeks a continuance to allow his counsel to receive and review discovery, as well as continue plea negotiations with the Government. [Doc. 86, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for

---

[1] In violation of 21 U.S.C. § 846.

[2] In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

[3] In violation of 18 U.S.C. §§ 2, 924(c)(1)(A).

Continuance [Doc. 86], and **CONTINUES** this case to December 2, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 22nd day of October, 2024.

S/ *Tilman E. Self, III*<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**